**STATEMENT OF FACTS**

On August 27, 2005 at approximately 4:30 p.m. in the area of 4600 block of F Street, S.E., within the District of Columbia, the undersigned officer observed a GMC Truck driving erratically at a high rate of speed. Police subsequently initiated a traffic stop after observing the vehicle collide with another vehicle. The defendant, Timothy Jackson, exited the vehicle and started to run. As the defendant was running, he dropped a black handgun. Officers apprehended the defendant and placed him under arrest. Immediately after the defendant dropped the weapon, a loaded 9mm Sig Sauer Semi-Automatic handgun, it was recovered by the police.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that the defendant has been convicted of an offense of Robbery in Georgia in 2003 punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge neither the Sig Sauer handgun seized nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER MARK LAKOMEC
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF AUGUST, 2005.


_____
U.S. MAGISTRATE JUDGE