UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.       Cr. No. 05-482 M (JMF)

TIMOTHY VEDON JACKSON,

    Defendant.

**DETENTION MEMORANDUM**

    The defendant is charged with possession of a firearm by a felon but that charge is the result of an armed hijacking of a truck in Maryland. This defendant drove the hijacked truck into the District of Columbia with State Police and the Charles County police in hot pursuit. He crashed the truck into a van and then fled. While fleeing, he threw a gun to the ground. After being apprehended by the Metropolitan Police Department, he gave a videotaped statement in which he admitted taking the truck but denied having the gun, even though the men from whom the truck was stolen said that the robber, who had accomplices, took the truck by pointing a gun at the head of the driver of the truck.

    Understandably, the defendant indicated that he had no objection to his detention. His release would be academic since the Maryland authorities will take him into custody the moment he is released. Indeed, this defendant is on pre-trial release in the Superior Court on another gun case and has absconded from probation supervision in Georgia, where he was convicted of robbery. It is likely that he will soon have three warrants lodged as detainers against him. While it may seem unnecessary to do so, I nevertheless find by clear and convincing evidence that there are no conditions I could set that reduce to a tolerable level the obvious danger he presents to this

community or the risk that he will flee if released.  I will therefore order him detained pending

trial.

```
                                              _____
                                              JOHN M. FACCIOLA
                                              UNITED STATES MAGISTRATE JUDGE
```

Dated: