UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : MAGISTRATE NO. 05-0482M-01 (CR)

TIMOTHY VELDON JACKSON, :

DISMISSAL

FILED
SEP 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY: _____
VINCENT CAPUTY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 362-341
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4215
Washington, D.C. 20530
(202) 514-6972

APPROVED AND GRANTED THIS _____
DAY OF _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE